**Order entered July 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01263-CR
### No. 05-18-01264-CR

**CHRISTOPHER EUGENE ADDISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1776577-J & F17-76578-J**

## ORDER

Before the Court is appellant's July 16, 2019 third motion to extend the time to file his brief. Appellant has tendered his brief with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
          JUSTICE